UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

| | |
|---|---|
| JUSTIN R HENRY | CASE NO. 09-14707 |
| JOY A HENRY | CHAPTER 7 |
| DEBTOR(S). | |

**NOTICE OF DEPOSIT SMALL DIVIDENDS**

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #6 of Verizon Wireless
> Account number: 5307
> Claimed amount: $89.50
> Pro rata distribution: $1.34

**TOTAL AMOUNT OF ALL CLAIMS: $1.34**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  March 22, 2011    /s/ Mark A. Warsco
    Mark A. Warsco, Trustee
    P.O. Box 11647
    Fort Wayne, IN  46859-1647
    Telephone:  (260) 469-0256
    e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on March 22, 2011:

JUSTIN R. WALL    Office, U.S. Trustee
hoggwalllegal@hotmail.com    USTPREGION10.SO.ECF@USDOJ.GOV

Verizon Wireless
PO Box 3397
Bloomington, IL 61702-3397

    /s/  Mark A. Warsco
    Mark A. Warsco, Trustee